FALLON NIEDRIST DE GUZMAN, OSB #145146
Deputy City Attorney
fallon.niedrist@portlandoregon.gov
DANIEL SIMON, OSB #124544
Senior Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant City of Portland

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST SUCCESS INC.,** an Oregon domestic nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CITY OF PORTLAND,** a municipal corporation,<br><br>　　　　　Defendant. | Case No. **3:25-cv-00970-SI**<br><br>**DECLARATION OF FALLON NIEDRIST DE GUZMAN**<br><br>**(In Support of Defendant City of Portland's Unopposed Motion for Extension of Time to Answer Plaintiff's First Amended Complaint)** |

I, Fallon Niedrist de Guzman, declare as follows:

1.　　I am the attorney representing Defendant City of Portland ("defendant" or "City") in the above-entitled matter.

2.　　Defendant City of Portland requests a fourteen-day extension of time, up to and including May 19, 2026, within which to file a response to Plaintiff's First Amended Complaint in this case.

3.　　The City's answer is currently due on May 5, 2026.

4.　　This is the City's first request for an extension of time to answer Plaintiff's First

Page  1  –　 DECLARATION OF FALLON NIEDRIST DE GUZMAN

Amended Complaint.

5.    The parties are currently exploring settlement options and would like to avoid further possibly unnecessary costs of litigation, inclusive of drafting and filing an Answer to Plaintiff's First Amended Complaint, while determining whether settlement is possible.

6.    I have conferred with Plaintiff's counsel, and they do not object to this motion for extension of time.

7.    This motion is presented in good faith and not for reasons of delay.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED:  May 1, 2026.

*/s/ Fallon Niedrist de Guzman*
Fallon Niedrist de Guzman

Page  2  –    DECLARATION OF FALLON NIEDRIST DE GUZMAN