FALLON NIEDRIST DE GUZMAN, OSB #145146
Deputy City Attorney
fallon.niedrist@portlandoregon.gov
DANIEL SIMON, OSB #124544
Senior Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant City of Portland

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST SUCCESS INC.,** an Oregon domestic nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND,** a municipal corporation,<br><br>Defendant. | Case No. **3:25-cv-00970-SI**<br><br>**DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant City of Portland (City) hereby moves the Court for an order allowing an extension of time for defendant to file response to Plaintiff's First Amended Complaint (ECF 38) in this case. The parties have conferred regarding this motion and plaintiff's counsel does not object to this motion. Specifically, the City requests an extension to June 2, 2026, within which to file a response.

/ / /

/ / /

/ / /

Page 1 –    DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The City submits the declaration of Fallon Niedrist de Guzman filed herewith in support of this motion.

Dated:  May 18, 2026.

Respectfully submitted,

*/s/ Fallon Niedrist de Guzman*
FALLON NIEDRIST DE GUZMAN, OSB # 145146
Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

Page  2  –    DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION
              OF TIME