Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
Jenna M. Teeny, OSB No. 244519
jteeny@swlaw.com
SNELL & WILMER L.L.P
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888

*Attorneys for Plaintiff Northwest Success, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST SUCCESS, INC., an Oregon domestic nonprofit corporation, | Case No. 3:25-cv-00970-SI |
| Plaintiff, | FED. R. CIV. P. 26(A) DISCOVERY AGREEMENT |
| v. | |
| CITY OF PORTLAND, a municipal corporation, | |
| Defendant. | |

Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: June 18, 2026                    SNELL & WILMER LLP

                                        */s/ Drew L. Eyman*
                                        Clifford S. Davidson, OSB No. 125378
                                        csdavidson@swlaw.com
                                        Drew L. Eyman, OSB No. 163762
                                        deyman@swlaw.com
                                        Jenna M. Teeny, OSB No. 244519
                                        jteeny@swlaw.com
                                        *Attorneys for Plaintiff Northwest Success Inc.*

Page 1 - FED. R. CIV. P. 26(A) DISCOVERY AGREEMENT