DANIEL SIMON, OSB #124544
Senior Deputy City Attorney
dan.simon@portlandoregon.gov
CAROLINE TURCO, OSB #083813
Chief Deputy City Attorney
Caroline.turco@portlandoregon.gov
FALLON NIEDRIST, OSB #145146
Deputy City Attorney
fallon.niedrist@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

Of Attorneys for Defendant City of Portland

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**NORTHWEST SUCCESS INC.,** an Oregon domestic nonprofit corporation,

Plaintiff,

v.

**CITY OF PORTLAND,** a municipal corporation,

Defendant.

**3:25-cv-00970-SI**

**NOTICE OF ASSOCIATION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Chief Deputy City Attorney Caroline Turco, OSB No. 083813, hereby associates as counsel of record with Senior Deputy City Attorney Daniel Simon and Deputy City Attorney Fallon Niedrist on behalf of Defendant City of Portland in the above-captioned matter.

Dated: October 22, 2026.

Respectfully submitted,

*/s/ Caroline Turco*

CAROLINE TURCO, OSB # 083813
Chief Deputy City Attorney
Caroline.turco@portlandoregon.gov
DANIEL SIMON, OSB No. 124544
Senior Deputy City Attorney
dan.simon@portlandoregon.gov
FALLON NIEDRIST, OSB No. 145146
Deputy City Attorney
fallon.niedrist@portlandoregon.gov
Telephone: (503) 823-4047
Of Attorneys for Defendant City of Portland